# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

**TRACE N. MORGANTI**                                             **PLAINTIFF**

**VS.**                                       **CIVIL ACTION NO.: 3:13-CV-195-MPM-JMV**

**JESSICA V. MAGRI AND**
**ALFA INSURANCE COMPANY**                                **DEFENDANTS**

## AGREED ORDER

This matter comes before the Court on the Defendant's *ore tenus* Motion to Allow Designation of Expert Witnesses, and the Court, being advised in the premises and of the agreement of counsel for the Plaintiff, do hereby find that the same should be granted.

**IT IS, THEREFORE, ORDERED** that the Defendant shall be allowed to designate her expert witnesses within three (3) days of this order.

**SO ORDERED**, this the 5th day of March, 2014.

                                                           /s/ Jane M. Virden
                                                           **UNITED STATES MAGISTRATE JUDGE**

Prepared By:

*/s/ Jenessa Carter Hicks*
Jenessa Carter Hicks (MSB #103287)
Attorney for Defendant

Agreed As to Form and Content:

*/s/ Adam H. Johnson*
Adam H. Johnson (MSB #103057)
Attorney for the Plaintiff